An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

NELSON A. DIAZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66811

**FILED**

DEC 0 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for relief and denying a request for counsel. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for relief in a criminal case or denying a request for counsel, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

Supreme Court
of
Nevada

(O) 1947A

14-39622

cc: Hon. Stefany Miley, District Judge
Nelson A. Diaz
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk